UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| STEPHEN GNANDT,<br><br>      Plaintiff<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, CALPINE CORPORATION, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF CALPINE CORPORATION,<br><br>      Defendants | Civil Action No. 3:12-cv-08167-JAT |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Stephen Gnandt and Defendant The Lincoln National Life Insurance Company, by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

FOR THE PLAINTIFF:

SCOTT E. DAVIS PC

By: /s/ Scott E. Davis
Scott E. Davis
20827 N Cave Creed Rd.
Suite 101
Phoenix, AZ  85024
(602) 482-4300

Dated: December 11, 2012

FOR THE DEFENDANT:

LEWIS AND ROCA LLP

By:/s/ Todd D. Erb
Todd D. Erb
40 North Central
Phoenix, AZ  85004
(602) 262-5311

Dated: December 11, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this document using the CM/ECF system which will send notification of such filing(s) to the following:

Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.O.
20827 N Cave Creek Road, Suite 101
Phoenix, AZ 85024
Telephone: (602) 482-4300
Facsimile: (602)569-9720
email: davis@scottdavispc.com

By /s/ Todd D. Erb